IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00176-CV

 

Mohammad A. Hashmi,

                                                                      Appellant

 v.

 

Palm Gardens Homeowners Association, Inc.; 

Carl DeBarbieris Owner of and 

d/b/a Genesis Property Management and 

Genesis Community Management, Inc.,

                                                                      Appellees

 

 

 



From the 11th District Court

Harris County, Texas

Trial Court No. 03-34630

 



ORDER to file brief



 

All pending motions in the indigence
portion of this appeal are denied. 
Mohammad Hashmi’s brief is due on or before July 6, 2005.  If his brief is not filed by this date, the
indigence appeal, under this cause number, may be dismissed for want of
prosecution.  Tex. R. App. P. 42.3(b).




PER CURIAM

 

 

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Brief due

Order delivered and filed June 15, 2005

Do not publish